UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS, LLP<br><br>   Plaintiff,<br><br>v.<br><br>MARK W. EVERSON<br><br>   Defendant. | **Case No. 1:07-cv-00642**<br>**Judge Kollar-Kotelly** |

AFFIDAVIT OF SERVICE

 Susan E. Seabrook hereby declares and states as follows:

 1. I am one of the attorneys for the plaintiff in this case. I am filing this affidavit of service in connection with the complaint filed on April 6, 2007.

 2. On April 6, 2007, I caused the defendant Internal Revenue Service to be served with the summons and complaint via certified mail, return receipt requested. (certified receipt attached)

 3. On April 6, 2007, I caused the United States Attorney for the District of Columbia to be served with the summons and complaint by hand. (affidavit attached)

4. On April 6, 2007, I caused the Attorney General of the United States to be served with the summons and complaint via certified by mail, return receipt requested. (certified receipt attached).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C. this 30th day of April, 2007.

/s/ Susan E. Seabrook
Susan E. Seabrook
D.C. Bar # 472489
Latham & Watkins LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

*Attorney for Plaintiff*



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0006 6753 2472**
Detailed Results:

- Delivered, April 10, 2007, 6:38 am, WASHINGTON, DC 20224
- Notice Left, April 10, 2007, 5:57 am, WASHINGTON, DC 20224
- Arrival at Unit, April 10, 2007, 5:25 am, WASHINGTON, DC 20022
- Acceptance, April 06, 2007, 4:47 pm, WASHINGTON, DC 20004

**Track & Confirm**
Enter Label/Receipt Number

( Go > )

( < Back )    ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

 POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Latham & Watkins LLP

vs.

Mark W. Everson, Commissioner of Internal Revenue

No. 1:07-CV-00642 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Initial Electronic Case Filing Order; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge For All Purposes; and Complaint for Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:52 pm on April 6, 2007, I served US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    32
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    145
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4/9/07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186262

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signed]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)  APR 0 9 2007  C. Date of Delivery |
| 1. Article Addressed to:<br>Attorney General of the United States<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 2030 0006 6753 2465 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | $2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | APR 6 2007 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Attorney General of U.S.
Street, Apt. No.; or PO Box No.  950 Pennsylvania Ave.
City, State, ZIP+4  Washington, D.C. 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

7002 2030 0006 6753 2465