IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS, LLP )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>MARK W. EVERSON )<br>COMMISSIONER OF INTERNAL REVENUE )<br>c/o John J. LoCurto )<br>Trial Attorney, Tax Division )<br>United States Department of Justice )<br>555 4th Street, N.W. )<br>Washington, D.C. 20001 )<br>)<br>      Defendant. ) | Civil No. 1:07-CV-00642 |

**ENTRY OF APPEARANCE**

Please enter the appearance of John J. LoCurto as lead counsel for the defendant in the above-captioned action. The address listed in the caption is for overnight deliveries only. All other correspondence should be directed to the address listed in the signature block below.

Date: June 4, 2007

                                            /s/ John J. LoCurto
                                            JOHN J. LoCURTO (D.C. Bar No. 481425)
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227, Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 307-2793
                                            Facsimile:  (202) 514-6866
                                            Email: john.j.locurto@usdoj.gov

2497726.1

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC  20530

## Certificate of Service

I certify that, on June 4, 2007, I electronically filed the foregoing entry of appearance and caused a copy thereof to be served via regular mail, postage prepaid, on plaintiff's counsel as follows:

> Susan E. Seabrook
> Latham & Watkins, LLP
> 555 Eleventh Street, N.W., Suite 1000
> Washington, D.C. 20004

/s/ John J. LoCurto
JOHN J. LoCURTO