IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS, LLP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:07-CV-00642 |
| ) | |
| MARK W. EVERSON ) | |
| COMMISSIONER OF INTERNAL REVENUE ) | |
| c/o John J. LoCurto ) | |
| Trial Attorney, Tax Division ) | |
| United States Department of Justice ) | |
| 555 4th Street, N.W. ) | |
| Washington, D.C. 20001 ) | |
| ) | |
| Defendant. ) | |

## ANSWER

### First Defense

The caption identifies Mark W. Everson, Commissioner of Internal Revenue, as the defendant in this case, while the complaint identifies the Internal Revenue Service as the defendant. To the extent the complaint alleges a claim against former Commissioner Everson, the Court lacks subject matter jurisdiction over this action.

### Second Defense

The requested documents are exempt from disclosure under 5 U.S.C. § 552(b).

### Third Defense

The Internal Revenue Service responds to the complaint's numbered paragraphs as follows:

2497725.1

1. Admits this is an action under the Freedom of Information Act, but denies relief is warranted.

2. Admits, but denies agency records have been improperly withheld.

3. Admits, but lacks information sufficient to admit or deny whether the Internal Revenue Service has possession or control of all records plaintiff seeks.

4. Admits subject matter and personal jurisdiction exist, but denies the Court has jurisdiction over plaintiff's claims against former Commissioner Everson.

5. Admits venue is proper.

6. Admits, but denies plaintiff specifically requested "background" files.

7. Lacks information sufficient to admit or deny.

8. Lacks information sufficient to admit or deny.

9. Lacks information sufficient to admit or deny.

10. Lacks information sufficient to admit or deny.

11. Lacks information sufficient to admit or deny.

12. Lacks information sufficient to admit or deny.

13. Denies, but admits the Internal Revenue Service has not issued a substantive response as of the filing of the complaint.

14. Admits, but denies plaintiffs specifically requested "background" files.

15. Lacks information sufficient to admit or deny, but states that plaintiff improperly requested from the Internal Revenue Service documents generated by the Department of Treasury.

16. Denies, but admits plaintiff submitted a revised Freedom of Information Act request on or about August 9, 2006.

17. Lacks information sufficient to admit or deny, but admits nine documents (comprising 97 pages) were forwarded to the Internal Revenue Service for review.

18. Lacks information sufficient to admit or deny.

19. Lacks information sufficient to admit or deny.

20. Denies, but admits the Internal Revenue Service has not issued a substantive response as of the filing of the complaint.

21. This paragraph incorporates prior allegations, and no response is required. To the extent a response is necessary, the Internal Revenue Service repeats each of its answers to the incorporated allegations.

22. This paragraph sets forth a conclusion of law, and no response is required. To the extent a response is necessary, the Internal Revenue Service lacks information sufficient to admit or deny the paragraph.

23. This paragraph sets forth a conclusion of law, and no response is required. To the extent a response is necessary, the Internal Revenue Service lacks information sufficient to admit or deny the paragraph.

24. The remainder of the complaint is a prayer for relief, and no response is required. To the extent a response is necessary, the Internal Revenue Service denies plaintiff is entitled to relief.

WHEREFORE, the United States respectfully asks the Court to:

    a.    deny the relief sought;

    b.    dismiss the complaint with prejudice

    c.    award the United States its costs;

    d.    grant such other relief as the Court deems appropriate.

Date: June 4, 2007

/s/ John J. LoCurto  
JOHN J. LoCURTO (D.C. Bar No. 481425)  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 227, Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 307-2793  
Facsimile: (202) 514-6866  
Email: john.j.locurto@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR  
United States Attorney  
Judiciary Center Building  
555 4th Street, NW  
Washington, DC 20530

## Certificate of Service

I certify that, on June 4, 2007, I electronically filed the Internal Revenue Service's answer and caused a copy thereof to be served via regular mail as follows:

Susan E. Seabrook  
Latham & Watkins, LLP  
555 Eleventh Street, N.W., Suite 1000  
Washington, D.C. 20004

/s/ John J. LoCurto  
JOHN J. LoCURTO