UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS, LLP,<br><br>   Plaintiff,<br><br>     v.<br><br>MARK W. EVERSON,<br>Commissioner of Internal Revenue<br><br>   Defendant. | Civil Action No. 07-642 (CKK) |

**ORDER**
(July 5, 2007)

Pursuant to the [10] Joint Statement of Parties, filed July 3, 2007, the above-captioned case has been referred to Magistrate Judge John M. Facciola for <u>all purposes</u>, including trial, pursuant to Local Civil Rule 73.1.  The parties are to promptly contact Magistrate Judge Facciola's chambers to schedule further proceedings.  At the first meeting with Magistrate Judge Facciola, the parties are to complete a standard consent form agreeing to appear before a Magistrate Judge for all purposes that will be submitted to this Court for approval.

Furthermore, the Initial Scheduling Conference previously scheduled before Judge Kollar-Kotelly on July 10, 2007 at 9:00 a.m., is vacated.

Accordingly, it is this 5th day of July, 2007,

   **SO ORDERED**.

                                                             /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge

Copy to:
Magistrate Judge Facciola