UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS, LLP<br><br>       Plaintiff,<br><br>v.<br><br>MARK W. EVERSON,<br><br>       Defendant. | **Case No. 1:07-cv-00642 (JMF)** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia please enter the appearance of Kevin M. Jacobs as counsel in this case for Latham & Watkins LLP.

Dated: August 15, 2007

Respectfully Submitted,

/s/ Kevin M. Jacobs
Kevin M. Jacobs
D.C. Bar No. 494866
LATHAM & WATKINS LLP
555 11th Street NW
Suite 1000
Washington, D.C. 20004-1304
Tel: 202-637-2200
Fax: 202-637-2201
Kevin.Jacobs@lw.com

*Attorney for Latham & Watkins LLP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of August, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's CM/ECF system, which will send notification of the filing to the following:

John J. LoCurto, III
John.j.locurto@usdoj.gov

                                              /s/ Kevin M. Jacobs
                                              Kevin M. Jacobs