UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LATHAM AND WATKINS, LLP,** )<br>)<br>    **Plaintiff,** )<br>)<br>         v. )<br>)<br>**MARK W. EVERSON,** )<br>**Commissioner of Internal** )<br>**Revenue Service,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 07-642  (JMF) |

**SCHEDULING ORDER**

This matter having come before the Court for an initial status conference and having considered the requests of the parties, this Court[1] issues the following scheduling order.  It is hereby,

**ORDERED** that the parties shall comply will the following directives:

1)     Defendant shall submit a detailed declaration regarding additional documents withheld under exemptions to the Freedom of Information Act, 5. U.S.C. § 552 ("FOIA"), to Plaintiff no later than September 19, 2007;

2)     Dispositive motions are to be filed by November 11, 2007; oppositions to said motions or cross-motions are to be filed by December 19, 2007; any replies thereto are to be filed by January 14, 2008.

---

[1] The parties have consented to a referral of this case to a Magistrate Judge for all purposes including trial.

3) No discovery is anticipated in this action.

4) A status conference is not set at this time. A status shall be set by the Court following consideration of any dispositive motions.

The parties should be aware that all pleadings should contain my initials on the right hand portion of the caption. Additionally, any motions that do not comply with Local Rule 7.1(c) or (m) shall be immediately stricken. Dates in this Order are firm and may only be altered by the Court under compelling circumstances.

**SO ORDERED.**

_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: August 27, 2007