UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP<br>555 ELEVENTH STREET, N.W.<br>SUITE 1000<br>WASHINGTON, DC 20004<br><br>Plaintiff,<br><br>v.<br><br>MARK W. EVERSON<br>COMMISSIONER OF INTERNAL REVENUE<br>ATTENTION: CC:PA:DPL<br>1111 CONSTITUTION AVENUE, N.W.<br>WASHINGTON, DC 20224<br><br>Defendant. | Civil Case No. 1:07-cv-00642 (JMF) |

**PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7 and 16.4(a), Plaintiff Latham & Watkins LLP and Defendant Commissioner of Internal Revenue, respectfully move the Court to modify its Scheduling Order dated August 27, 2007, by providing for an extension of time under paragraph 2) for the filing of dispositive motions from November 12, 2007 to November 30, 2007.  This extension is requested because the parties have identified and significantly narrowed the documents or portions of documents still subject to dispute, and believe that the requested extension will provide sufficient time to resolve the remaining issues or narrow and clarify them for purposes of cross motions for summary judgment.

Dated: November 12, 2007

Respectfully submitted,

LATHAM & WATKINS LLP


\_\_/s/ Susan E. Seabrook\_\_
    Susan E. Seabrook
    DC Bar # 472489
    555 Eleventh Street, NW
    Suite 1000
    Washington, DC 20004
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201
    Susan.Seabrook@lw.com
    Attorney for the Plaintiff

\_\_/s/ Kevin M. Jacobs\_\_
    Kevin M. Jacobs
    DC Bar # 494866
    555 Eleventh Street, NW
    Suite 1000
    Washington, DC 20004
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201
    Kevin.Jacobs@lw.com
    Attorney for the Plaintiff

\_\_/s/ John J. LoCurto\_\_
    Signed with his permission
    John J. LoCurto
    DC Bar # 481425
    Trial Attorney, Tax Division
    United States Department of Justice
    P.O. Box 227, Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  202-307-2793
    Facsimile:  202-514-6866
    john.j.locurto@usdoj.gov
    Attorney for the Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP<br>555 ELEVENTH STREET, N.W.<br>SUITE 1000<br>WASHINGTON, DC 20004<br><br>            Plaintiff,<br><br>v.<br><br>MARK W. EVERSON<br>COMMISSIONER OF INTERNAL REVENUE<br>ATTENTION: CC:PA:DPL<br>1111 CONSTITUTION AVENUE, N.W.<br>WASHINGTON, DC 20224<br><br>            Defendant. | **Civil Case No. 1:07-cv-00642 (JMF)** |

## **[PROPOSED] ORDER**

This matter comes before the Court on Parties' joint motion to modify scheduling order. Upon consideration of the motion, the opposition thereto, the relevant law and the entire record herein, it is this ____ day of _____, 2007, hereby,

ORDERED that Parties' Joint Motion to Modify Scheduling Order is GRANTED, and it is further

ORDERED that dispositive motions are to be filed by November 30, 2007;

SO ORDERED.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

2

Copies should be sent to:

Susan E. Seabrook
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Susan.Seabrook@lw.com

Kevin M. Jacobs
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Kevin.Jacobs@lw.com

John J. LoCurto
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone:  202-307-2793
Facsimile:  202-514-6866
john.j.locurto@usdoj.gov