UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LATHAM & WATKINS LLP<br>555 ELEVENTH STREET, N.W.<br>SUITE 1000<br>WASHINGTON, DC 20004<br><br>      Plaintiff,<br><br>v.<br><br>MARK W. EVERSON<br>COMMISSIONER OF INTERNAL REVENUE<br>ATTENTION: CC:PA:DPL<br>1111 CONSTITUTION AVENUE, N.W.<br>WASHINGTON, DC 20224<br><br>      Defendant. | Civil Case No. 1:07-cv-00642 (JMF) |

## PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to voluntarily dismiss the above-captioned action. The parties have conferred and agree and stipulate that:

1. This action shall be dismissed without prejudice.

2. Each party will bear its own costs and fees, including but not limited to, attorneys fees.

Respectfully submitted this 30th day of November, 2007.

Respectfully submitted,

LATHAM & WATKINS LLP

　/s/ Susan E. Seabrook　
　　Susan E. Seabrook
　　DC Bar # 472489
　　555 Eleventh Street, NW
　　Suite 1000
　　Washington, DC 20004
　　Telephone: (202) 637-2200
　　Facsimile: (202) 637-2201
　　Susan.Seabrook@lw.com
　　Attorney for the Plaintiff

　/s/ Kevin M. Jacobs　
　　Kevin M. Jacobs
　　DC Bar # 494866
　　555 Eleventh Street, NW
　　Suite 1000
　　Washington, DC 20004
　　Telephone: (202) 637-2200
　　Facsimile: (202) 637-2201
　　Kevin.Jacobs@lw.com
　　Attorney for the Plaintiff

　/s/ John J. LoCurto　
　　Signed with his permission
　　John J. LoCurto
　　DC Bar # 481425
　　Trial Attorney, Tax Division
　　United States Department of Justice
　　P.O. Box 227, Ben Franklin Station
　　Washington, D.C. 20044
　　Telephone:  202-307-2793
　　Facsimile:  202-514-6866
　　john.j.locurto@usdoj.gov
　　Attorney for the Defendant